IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LEHMAN BROTHERS HOLDINGS,  INC.,     *
                                                                          *
                Plaintiff,                *
                                                                          *
vs.                                                               *          No. 4:10CV002012 SWW
                                                                          *
NATIONAL BANK OF ARKANSAS IN          *
NORTH LITTLE ROCK,                              *
                                                                          *
                Defendant.              *

**Order**

Before the Court is defendant's motion to file exhibits under seal pursuant to the parties'

agreed protective order.  The motion [docket entry 53] is granted.  *See* United States District Court

Eastern District of Arkansas CM/ECF Administrative Policies and Procedures Manual for Civil

Filings, Section IV. B. (Documents to Be Filed Under Seal).

DATED this 8th day of February, 2012.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE