IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| LEHMAN BROTHERS HOLDINGS, INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:10CV002012 SWW |
| | * | |
| NATIONAL BANK OF ARKANSAS IN NORTH LITTLE ROCK, | * | |
| | * | |
| | * | |
| Defendant. | * | |

**Order**

Before the Court is defendant's motion to file documents under seal because they contain confidential information and information derived from confidential information. The motion [docket entry 69] is granted. The documents previously filed under seal will remain under seal.

SO ORDERED this 23rd day of May, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE