IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   No. 4:10CV002012 SWW |
| | * |
| NATIONAL BANK OF ARKANSAS IN NORTH LITTLE ROCK, | * |
| | * |
| | * |
| Defendant. | * |

**Order of Dismissal**

The parties have filed a stipulation of dismissal in this matter pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS THEREFORE ORDERED that all claims in this cause of action hereby are dismissed with prejudice, each party to bear its own fees and costs.

DATED this 13th day of August, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE